United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLD CONST LLC, § § *Plaintiff,* § VS. § § BITMAIN TECHNOLOGIES GEORGIA § LIMITED, § § *Defendants.* § § | CIVIL ACTION NO. 4:25-CV-4164 |

## ORDER

Pending before this Court are Plaintiff's Application for Injunctive Relief (Doc. No. 2), Defendant's Combined Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2), (5), & (6) (Doc. No. 8), and Defendant's Opposed Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42 (Doc. No. 11). The Court hereby orders Old Const LLC to file a response to the Opposed Motion to Consolidate by **Friday, October 3, 2025**.

It is so ordered.

Signed on this the 26th day of September 2025.

Andrew S. Hanen
United States District Judge