United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLD CONST LLC, | § § § | |
| *Plaintiff*, | § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-4164 |
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Pending before this Court is Plaintiff's Application for Injunctive Relief (Doc. No. 2), Defendant's Combined Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), (5), and (6) (Doc. No. 8), and Defendant's Opposed Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42 (Doc. No. 11). The Court held an in-person hearing to discuss the pending motions on October 15, 2025.

The Court hereby denies the Motion to Consolidate this case with the styled case 4:25-cv-04361 pending in Judge Ewing Werlein's Court. (Doc. No. 11). The Court hereby denies Defendant's Motion to Dismiss. (Doc. No. 8). The Court hereby grants-in-part and denies-in-part Plaintiff's Application for Injunctive Relief. It denies any injunctive relief but grants the motion to compel arbitration and refers this case to arbitration consistent with the terms in the Hosting Services Agreement. (Doc. No. 2).

It is further ORDERED that this cause of action is administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future

as deemed appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

It is so ordered.

Signed on this the 23 day of October 2025.

Andrew S. Hanen
United States District Judge